IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-00098-CMA-CBS** | FTR - Reporter Deck-Courtroom A201 |
| **Date: November 8, 2012** | Courtroom Deputy: Robin Mason |

| *Parties:* | *Counsel:* |
|---|---|
| MARK A. HENSON, *et al*., | Matthew R. Osborne |
| Plaintiffs, | |
| v. | |
| BANK OF AMERICA, *et al*., | Victoria Elena Edwards |
| | Phillip A. Vaglica |
| | Christopher T. Groen |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in Session:     1:41 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the defendant's MOTION to Dismiss Second Amended Complaint (Docket No. 34, filed on 6/1/2012), the plaintiff's RESPONSE to #34 MOTION to Dismiss Second Amended Complaint (Docket No. 40, filed on 06/29/2012), the defendant's REPLY to Response to #34 MOTION to Dismiss Second Amended Complaint (Docket No. 50, filed on 07/30/2012), the defendant's MOTION to Dismiss for Failure to State a Claim (Docket No. 43, filed on 7/5/2012), the plaintiff's RESPONSE to #43 MOTION to Dismiss for Failure to State a Claim (Docket No. 49,  filed on 07/26/2012) and the defendant's REPLY to Response to #43 MOTION to Dismiss for Failure to State a Claim (Docket No. 53, filed on 08/14/2012).

Ms. Edwards presents oral argument regarding the defendant's MOTION to Dismiss Second Amended Complaint (Docket No. 34, filed on 6/1/2012) and engages in discussion with court.

Mr. Vaglica presents oral argument regarding the defendant's MOTION to Dismiss for Failure to State a Claim (Docket No. 43, filed on 7/5/2012) and engages in discussion with court.

The court advises the parties that it will not issue a ruling from the bench but will take these motions under advisement.

HEARING CONCLUDED.

**Court in recess**:     **4:22 p.m.**
Total time in court:     02:41

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.