UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Raymond P. Moore

Civil Action No. 12-cv-00098-RM-CBS

Mark A. Henson,
Suzanne M. Henson,

 Plaintiffs,

v.

Bank of America, N.A.,

 Defendant.

___

**ORDER ON STIPULATED MOTION TO DISMISS**
___

 This matter comes before the Court on the Parties' Stipulated Motion to Dismiss with prejudice (ECF No. 91). The Court, having reviewed the stipulated motion and being fully advised in the premises, hereby GRANTS the motion. The action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

 DATED this 24th day of February, 2014.

          BY THE COURT:

          _____
          RAYMOND P. MOORE
          United States District Judge